**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7192**

───────────────

MELVIN JOE MOORE,

                    Plaintiff - Appellant,

    versus

J. STEVENS, Sergeant; K. BOWICK, Sergeant;
V. SPROUSE, Sergeant; C. RUSHTON, Warden; L.
CARTLIDGE; P. PRATT, Lieutenant,

                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Patrick Michael Duffy, District
Judge.  (CA-96-3516-23-4)

───────────────

Submitted:  November 20, 1997    Decided:  December 10, 1997

───────────────

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Melvin Joe Moore, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e)(2)(B)(i) (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Moore v. Stevens, No. CA-96-3516-23-4 (D.S.C. Aug. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED